IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN P. SAMPLE,

    Petitioner,                  No. CIV S-08-0401 LEW DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        Petitioner has submitted a form petition, as well as, a separate brief in support of his petition. In the form petition, under "Supporting FACTS" for each claim, petitioner has written, "Evidentiary hearing requested." Petitioner does not explain what evidence he seeks to

1

present at an evidentiary hearing or why such a hearing is appropriate.  In addition, such a request is premature as respondents have not filed their response to the petition. Therefore, petitioner's request will be denied without prejudice, as defective and premature.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's February 22, 2008 application to proceed in forma pauperis is granted;

2. Respondents are directed to file a response to petitioner's habeas petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

5. Petitioner's request for an evidentiary hearing, submitted in his habeas petition, is denied without prejudice as defective and premature; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: March 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
samp0401.100+