IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN P. SAMPLE,** | CIV S-08-0401 LEW DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing Respondent's Answer is extended through and including May 16, 2008.

DATED: April 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
samp401.111