IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN P. SAMPLE,

    Petitioner,                    No. CIV S-08-0401-JAM-DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.             ORDER

_____/

    Petitioner has requested an extension of time to file a traverse to the respondents' answer to the petition. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 9, 2008 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his traverse.

DATED: July 14, 2008.

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm
samp0401.111trav