IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN P. SAMPLE,

    Petitioner,                    No. CIV S-08-0401 JAM DAD P

    vs.

D.K. SISTO, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner has filed his second request for an extension of time to file a traverse. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's July 31, 2008 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file his traverse. No further extensions of time will be granted.

DATED: August 14, 2008.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ak
samp0401.111sec